UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
                -v-                        :     S1 24cr448(DLC)
                                           :
ALEXANDRA HERNANDEZ VALDEZ,                :     ORDER
                                           :
                        Defendant.         :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

   With the defendant's consent, her guilty plea allocution was made before United States Magistrate Judge Sarah Netburn on December 23, 2024.  It is hereby

   ORDERED that a conference to address the plea allocution is scheduled for January 16, 2025 at 12:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         January 7, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge